UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-01217-RSWL-JCx | Date | May 7, 2020 |
|---|---|---|---|
| Title | Mercury Insurance Company v. United States of America, et al. | | |

| Present: The Honorable | RONALD S.W. LEW, U.S. District Judge | |
|---|---|---|
| Joseph Remigio | None | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

    This Order is issued pursuant to FRCP 4(m), which requires that plaintiff(s) serve the summons and complaint (petition) upon all defendants within 90 days after filing the complaint. The Court may dismiss the action if plaintiff(s) has/have not diligently prosecuted the action.

    It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

    The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below. Accordingly, the Court, on its own motion, hereby orders plaintiff(s) to show cause in writing no later than **May 15, 2020,** why this action should not be dismissed lack of prosecution.

    As an alternative to a written response by plaintiff(s), the Court will accept one of the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently:

- Plaintiff's PROOF OF SERVICE indicating **TIMELY SERVICE** of the Summons and Complaint.

    No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or on the date upon which a response by plaintiff(s) is due. Failure to respond to this order may result in the imposition of sanctions including dismissal of this action.

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | JRE |