JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MERCURY INSURANCE COMPANY, | No. CV 20-1217 RSWL (JCx) |
|---|---|
| Plaintiff, | [Proposed] ORDER DISMISSING ACTION |
| v. | |
| UNITED STATES OF AMERICA, and DOES 1 to 20, inclusive, | Honorable Ronald S.W. Lew |
| Defendants. | |

The Court has considered the Stipulation of Dismissal with Prejudice the parties filed.

THE COURT HEREBY ORDERS that this action, CV 20-1217 RSWL (JCx), is dismissed in its entirety with prejudice, with each party to bear its own costs and fees, including attorney fees.

DATED: October 8, 2020

    /S/ RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE